**Order entered September 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01139-CV

**PS ROYAL SERVICES GROUP LP, GP ROYAL, LLC, STEPHEN F. PERKINS, AND S. PERKINS INVESTMENT PROPERTIES, INC., Appellants**

**V.**

**SCOTT FISHER AND KRISTI FISHER, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01665-2014**

## ORDER

Before the Court is appellant's September 5, 2018 motion for second extension of time to file reply brief. We **GRANT** the motion and **ORDER** the brief received August 27, 2018 filed as of the date of this order.

/s/ DAVID EVANS
JUSTICE